Paul A. Corso, Trading as Royal Smart Shoe Company, Appellee, v. Albert J. Horan and Dorothy Sherwin, Appellants.

Gen. No. 40,450.

Heard in second division, first district, this court at December term, 1938; opinion filed April 2, 1940; rehearing denied April 23, 1940. L. A. Sherwin, for appellants; Freeman & Freeman, for appellee; Earl Freeman, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''